0UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAS AARON CLARK, | CASE NO. 3:23-cv-06027 |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | |
| JEFFERY PERKINS, | |
| Respondent. | |

Before the Court is Petitioner Nicolas Aaron Clark's Motion for Extension of Time, Dkt. No. 14. Petitioner requested more time to file objections to the Report and Recommendation on his habeas petition at Dkt. No. 13. The deadline to file objections was May 14, 2024. Petitioner filed his objections on May 15, 2024. The Court finds good cause to extend the deadline.

Accordingly, it is HEREBY ORDERED:

1. The Court GRANTS Petitioner's Motion for Extension of Time, Dkt. No. 14.

2. The Court will consider Petitioner's objections to the Report and Recommendation at Dkt. No. 13 timely.

ORDER granting motion for extension of time - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 19th day of July, 2024.

Jamal N. Whitehead
United States District Judge